LAUREN REGAN, *pro hac vice* to be filed
Oregon State Bar # 970878
Civil Liberties Defense Center
1711 Willamette St. Ste 301, #359
Eugene, OR 97401-4593
Tel: 541-687-9180
Email: lregan@cldc.org

MATTHEW KELLEGREW, D. N. California admission pending
CA SBN: 296166
1711 Willamette St. Ste 301, #359
Eugene, OR 97401-4593
Tel: 541-687-9180
Email: mkellegrew@cldc.org

Attorneys for Movant John Doe

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of the Subpoena Number FY25-ELC-0105:*<br><br>JOHN DOE,<br><br>　　　　Movant,<br><br>　　v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Respondent. | Case No. 3:25-mc-80284<br><br>**DECLARATION OF JOHN DOE IN SUPPORT OF MOTION TO QUASH ADMINISTRATIVE SUBPOENA**<br><br>**DATE:** To Be Determined<br><br>**TIME:** To Be Determined |

I, JOHN DOE (pseudonym), an individual whose rights and interests are implicated by the subpoena at issue in this matter, declare the following:

1. I am a citizen of the United States.

2. I am a resident of the State of California.

3. I am associated with the Facebook account Stopicenet.

4. I am associated with the Instagram account Raisethefist.

- 1 -
**DECLARATION OF JOHN DOE IN SUPPORT OF MOTION TO QUASH ADMINISTRATIVE SUBPOENA**

5. I use these two accounts to post about events local to the Southern California area and beyond.

6. I use these two accounts to associate with others in my community who share an interest in local current events.

7. On September 5, 2025, I received an email notice from Meta, the parent company of Facebook and Instagram, notifying me that Meta had received a law enforcement subpoena related to the Facebook account Stopicenet and the Instagram account Raisethefist.

8. I responded to this email notice with a request for more information, and on September 11, 2025, I was provided a redacted copy of an administrative immigration enforcement subpoena produced by the Department of Homeland Security, seeking records related to the named accounts. *See* Exhibit A, attached herewith.

9. Subsequent to my receipt of the redacted subpoena, I sought and retained counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 18, 2025.

                                            By: /s/ *John Doe*
                                                John Doe