UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SUBPOENA NUMBER FY25-ELC-0105 | Case No. 25-mc-80284-KAW <br><br> **ORDER SETTING DEADLINES AND HEARING DATE** <br><br> Re: Dkt. No. 1 |
|---|---|

On September 18, 2025, Movant John Doe filed a motion to quash a subpoena issued by Respondent United States Department of Homeland Security to Meta. (Dkt. No. 1.) The Court ORDERS Movant to serve the motion to quash on Respondent by September 30, 2025, and to file a certificate of service accordingly. Respondent shall file any opposition by October 14, 2025, and Movant shall file any reply by October 21, 2025.

The motion is set for hearing on November 6, 2025 at 1:30 p.m.

IT IS SO ORDERED.

Dated: September 22, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge