```
LAUREN REGAN, pro hac vice to be filed
Oregon State Bar # 970878
Civil Liberties Defense Center
1711 Willamette St. Ste 301, #359
Eugene, OR 97401-4593
Tel: 541-687-9180
Email: lregan@cldc.org

MATTHEW KELLEGREW, admitted in N.D. California
CA SBN: 296166
1711 Willamette St. Ste 301, #359
Eugene, OR 97401-4593
Tel: 541-687-9180
Email: mkellegrew@cldc.org
```

Attorneys for Movant John Doe

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of the Subpoena Number FY25-ELC-0105:*<br><br>JOHN DOE,<br><br>    Movant,<br><br>    v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Respondent. | Case No. 4:25-mc-80284-KAW<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that, on September 25, 2025, I served respondent U.S. Department of Homeland Security, pursuant to the service rules in Fed. R. Civ. Proc. 4(i), by mailing copies of docket numbers 1, 2, 2-1, 3, 4, and 6, via U.S.P.S. certified mail to the following:

    Kristi Noem, Secretary
    Department of Homeland Security
    Washington, DC 20528

- 1 -

CERTIFICATE OF SERVICE

Pam Bondi, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Civil-Process Clerk
U.S. Attorney for Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

I hereby certify that, on September 25, 2025, I served the recipient of the subpoena that is the subject of this proceeding, by mailing copies of docket numbers 1, 2, 2-1, 3, 4, and 6, via U.S.P.S. certified mail, to the following:

Jennifer G. Newstead, Chief Legal Officer
Meta Platforms, Inc.
1 Meta Way
Menlo Park, CA 94025

The service fees total $43.00 for the certified mail costs.

I declare under penalty of perjury that this information is true.

Date: September 26, 2025.

    /s/ Matthew Kellegrew
Matthew Kellegrew, CA State Bar # 296166
Admitted to N.D. Calif.
Civil Liberties Defense Center
mkellegrew@cldc.org

CERTIFICATE OF SERVICE