LAUREN REGAN, *pro hac vice* to be filed
Oregon State Bar # 970878
Civil Liberties Defense Center
1711 Willamette St. Ste 301, #359
Eugene, OR 97401-4593
Tel: 541-687-9180
Email: lregan[at]cldc.org

MATTHEW KELLEGREW CA SBN: 296166,
N.D. California federal admission pending
1711 Willamette St. Ste 301, #359
Eugene, OR 97401-4593
Tel: 541-687-9180
Email: mkellegrew[at]cldc.org

Attorneys for Movant John Doe

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of the Subpoena Number FY25-ELC-0105:*<br><br>JOHN DOE,<br>      Movant,<br><br>vs.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>      Respondent. | Case No. No. 3:25-mc-80284 [KAW]<br><br>**ORDER RE: MOTION TO QUASH** |

## ORDER

Movant John Doe moves to quash an administrative Immigration Enforcement subpoena issued to Meta Platforms Inc. on September 3, 2025 by the Department of Homeland Security. Pending resolution of this matter, the

- 1 -

ORDER RE: MOTION TO QUASH

Court **ORDERS** Meta not to produce the information without further order of the Court.

IT IS SO ORDERED

    Dated: October 1, 2025.

_____
KANDIS A. WESTMORE
United States Magistrate Judge

- 2 -

ORDER RE: MOTION TO QUASH