1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Assistant United States Attorney
3  Chief, Civil Division

4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
5      Telephone: (415) 436-7200
       Facsimile: (415) 436-6748
6      pamela.johann@usdoj.gov

7  Attorneys for Respondent

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                OAKLAND DIVISION

11

12 | In the matter of the Subpoena No. FY25-ELC-0105 | Case No. 4:25-mc-80284

13 | JOHN DOE, | **STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION TO QUASH; [PROPOSED] ORDER**

14 |   |

15 |   Movant, |

16 |     v. |

17 | UNITED STATES DEPARTMENT OF HOMELAND SECURITY, |

18 |   Respondent. |

19 |

20

21     On September 18, 2025, Movant John Doe ("Doe 1") filed a miscellaneous action seeking to

22 quash an administrative subpoena issued by Respondent United States Department of Homeland

23 Security ("DHS"). The Court issued an order requiring DHS to file an opposition by October 14, 2025,

24 ordering a reply by October 21, 2025, and setting a hearing for November 6, 2025. DHS was served

25 with the motion and the Court's order on September 29, 2025.

26     Also on September 18, 2025, Movant J. Doe ("Doe 2") filed a miscellaneous action seeking to

27 quash the same administrative subpoena. That action was docketed at 25-mc-80286-TSH. The Court in

28 *Doe 2*, issued an order requiring DHS to file an opposition by October 17, 2025. On September 30,

STIPULATION RE BRIEFING SCHEDULE
4:25-mc-80284-KAW                                1

2025, Doe 2 filed an administrative motion to consider whether *Doe 2* should be related to *Doe 1*. Dkt. No. 8. The administrative motion was filed jointly by Doe 1, Doe 2, and the movant in a third miscellaneous action, *Doe/LBRRN v. United States Department of Homeland Security*, No. 25-mc-80288-AGT. DHS does not oppose the administrative motion to consider whether the three miscellaneous actions are related

Counsel for Doe 1 and DHS[1] have met and conferred regarding a briefing schedule for the motion to quash. Subject to the Court's approval, the parties stipulate as follows:

1. Respondent's response to the motion to quash shall be filed by November 4, 2025.
2. Movant's reply shall be filed by November 18, 2025.
3. The motion is set for hearing on December 4, 2025, at 1:30 p.m.

IT IS SO STIPULATED.

DATED: October 9, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Pamela T. Johann*\*
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Respondent

DATED: October 9, 2025

CIVIL LIBERTIES DEFENSE CENTER

*/s/ Lauren Regan*
LAUREN REGAN

Attorneys for Movant

\*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

---

[1] Doe 2 and DHS separately stipulated to a similar briefing schedule in *Doe 2*. That schedule was approved by the Court earlier today. *Doe 2,* Dkt. No. 12. A briefing schedule has not yet been set in the third action, *Doe/LBRRN v. DHS*.

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. Respondent's response to the motion to quash shall be filed by November 4, 2025.  Movant's reply shall be filed by November 18, 2025.  The motion is set for hearing on December 4, 2025, at 1:30 p.m.

Date: _____

_____
KANDIS A. WESTMORE
United States Magistrate Judge