JACOB SNOW (CA Bar No. 285075)
jsnow@aclunc.org
MATTHEW T. CAGLE (CA Bar No. 286101)
mcagle@aclunc.org
NICOLAS A. HIDALGO (CA Bar No. 339177)
nhidalgo@aclunc.org
CHESSIE THACHER (CA Bar No. 296767)
cthacher@aclunc.org
ANGELICA SALCEDA (CA Bar No. 296152)
asalceda@aclunc.org
GRAYCE ZELPHIN (CA Bar No. 279112)
gzelphin@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Movant J. Doe in 3:25-mc-80286-TSH*

LAUREN REGAN, *pro hac vice* to be filed
(OR Bar No. 970878)
lregan@cldc.org
MATTHEW KELLEGREW, N.D. California
federal admission pending (CA Bar No. 296166)
mkellegrew@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette St. Ste 301, #359
Eugene, OR 97401-4593
Telephone: (541) 687-9180

*Attorneys for Movant John Doe in 4:25-mc-80284-KAW*

JOSHUA KOLTUN (CA Bar No. 173040)
joshua@koltunattorney.com
One Sansome Street
Suite 1400, No. 2544
San Francisco, California 94104
Telephone: (415) 680-3410

*Attorney for Movant Doe/LBRRN in 3:25-mc-80288-AGT*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In the Matter of the Subpoena Number FY25-ELC-0105*<br><br>JOHN DOE,<br>    Movant,<br>    v.<br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>    Respondent.<br>―――――――――――――――――――<br>J. DOE,<br>    Movant,<br>    v.<br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>    Respondent.<br>―――――――――――――――――――<br>DOE/LBRRN<br>    Movant,<br>    v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>    Respondent. | Case No.: 4:25-mc-80284-KAW<br>*(related case)*<br><br>Case No.: 3:25-mc-80286-TSH<br>*(case to be considered for relation)*<br><br>Case No.: 3:25-mc-80288-AGT<br>*(case to be considered for relation)*<br><br>**ORDER RE: JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, PURSUANT TO CIVIL L.R. 3-12(b) AND 7-11** |

**ORDER**

Movants in *Doe v. Department of Homeland Security*, N.D. Cal. Case No. 25-mc-080284, *Doe v. Department of Homeland Security*, N.D. Cal. Case No. 25-mc-080286, and *Doe/LBRRN v. Department of Homeland Security*, N.D. Cal. Case No. 25-mc-080288, have filed an administrative motion to consider whether the cases should be related (the "Motion to Relate"). The Court, having considered the motion, hereby grants the Motion to Relate.

IT IS SO ORDERED.

Dated: October 17, 2025

*Kandis Westmore*
Kandis A. Westmore
United States Magistrate Judge