1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Assistant United States Attorney
3  Chief, Civil Division

4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
5      Telephone: (415) 436-7200
       Facsimile: (415) 436-6748
6      pamela.johann@usdoj.gov

7  Attorneys for Respondent

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

| | |
|---|---|
| In the matter of the Subpoena No. FY25-ELC-0105 | Case No. 3:25-mc-80284-JD |
| JOHN DOE, | **STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION TO QUASH; [PROPOSED] ORDER** |
| Movant, | |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Respondent. | |
| In the matter of the Subpoena No. FY25-ELC-0105 | Case No. 3:25-mc-80286-JD |
| J. DOE, | |
| Movant, | |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Respondent. | |

STIPULATION RE BRIEFING SCHEDULE
Nos. 25-mc-80284-JD; 25-mc-80286-JD; 25-mc-80288-JD                                      1

|   |   |
|---|---|
| DOE/LBRRN | ) Case No. 3:25-mc-80288-JD |
| Movant, | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) |
| Respondent. | ) |

1. These three miscellaneous cases ("*Doe 1*," 25-mc-80284; "*Doe 2*," No. 25-mc-80286; and "*Doe 3*," 25-mc-80288) seek to quash an administrative subpoena issued by Respondent United States Department of Homeland Security ("DHS"). *Doe 2* and *Doe* 3 were related to *Doe 1* by an Order dated October 17, 2025. *Doe 1*, Dkt. No. 11.

2. Stipulated briefing schedules were approved in *Doe 1*, Dkt. No. 12, and *Doe 2*, Dkt. No. 12. No briefing schedule has been established in *Doe 3*. Pursuant to those schedules, Respondent's opposition to the motions to quash in *Doe 1* and *Doe 2* is due November 4, and Plaintiffs' replies are due November 18. *Doe 1* was set for hearing on December 18, 2025. *Doe 2* was set for hearing on December 4, 2025.

3. On October 28, 2025, all three related cases were reassigned to this Court. *Doe 1*, Dkt. No. 16, *Doe 2*, Dkt. No. 16, *Doe 3*, Dkt. No. 14. The motions have not yet been renoticed for hearing.

4. Counsel for the three Doe plaintiffs and DHS have met and conferred regarding a revised and coordinated briefing and hearing schedule for the three motions to quash. Subject to the Court's approval, the parties stipulate as follows:

    a. Respondent's responses to the motion to quash shall be filed by November 25, 2025. Respondent may file its responses in single brief, up to 25 pages in length.

    b. Movants' replies shall be filed by December 11, 2025.

    c. The motions are set for hearing on January 8, 2026, at 10:00 a.m. It is not necessary for Movants to renotice their motions to quash for that date.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: November 3, 2025 | Respectfully submitted, |
| | CRAIG H. MISSAKIAN<br>United States Attorney |
| | */s/ Pamela T. Johann*\*<br>PAMELA T. JOHANN<br>Assistant United States Attorney |
| | Attorneys for Respondent |
| DATED: November 3, 2025 | |
| | CIVIL LIBERTIES DEFENSE CENTER |
| | */s/ Lauren Regan*<br>LAUREN REGAN |
| | Attorneys for Movant *Doe 1* |
| DATED: November 3, 2025 | |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC. |
| | */s/ Jacob Snow*<br>JACOB SNOW |
| | Attorneys for Movant *Doe 2* |
| DATED: November 3, 2025 | JOSHUA KOLTUN, ATTORNEY |
| | */s/ Joshua Koltun*<br>JOSHUA KOLTUN |
| | Attorneys for Movant *Doe 3* |

\*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION RE BRIEFING SCHEDULE
Nos. 25-mc-80284-JD; 25-mc-80286-JD; 25-mc-80288-JD                                      3

1 **[PROPOSED]** **ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Respondent's response to the motions to quash shall be filed by November 25, 2025.  Movants' replies shall be filed by December 11, 2025.  The motions are set for hearing on January 8, 2026, at 10:00 a.m.

IT IS SO ORDERED.

Date: 11/4/2025

_____
JAMES DONATO
United States District Judge