1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Assistant United States Attorney
3  Chief, Civil Division

4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
5      Telephone: (415) 436-7200
       Facsimile: (415) 436-6748
6      pamela.johann@usdoj.gov

7  Attorneys for Respondent

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

| | |
|---|---|
| In the matter of the Subpoena No. FY25-ELC-0105 | Case No. 3:25-mc-80284-JD |
| JOHN DOE, | **STIPULATION REGARDING MOTIONS TO QUASH; [PROPOSED] ORDER** |
|     Movant, | |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
|     Respondent. | |
| In the matter of the Subpoena No. FY25-ELC-0105 | Case No. 3:25-mc-80286-JD |
| J. DOE, | |
|     Movant, | |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
|     Respondent. | |

| | |
|---|---|
| DOE/LBRRN | Case No. 3:25-mc-80288-JD |
| Movant, | |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Respondent. | |

1. These three miscellaneous cases ("*Doe 1*," 25-mc-80284; "*Doe 2*," No. 25-mc-80286; and "*Doe 3*," 25-mc-80288) seek to quash an administrative subpoena issued by Respondent United States Department of Homeland Security ("DHS") to Meta Platforms, Inc., Subpoena No. FY25-ELC-0105 (the "Subpoena"). *Doe 2* and *Doe* 3 were related to *Doe 1* by an Order dated October 17, 2025. *Doe 1*, Dkt. No. 11.

2. On November 4, the Court granted the parties' stipulation regarding a briefing schedule for the motions to quash in these three cases. Dkt. No. 20. Pursuant to that order, Respondent's responses to the motions to quash are due November 25, 2025, and Movants' replies are due December 11, 2025. The motions are set for hearing on January 8, 2026, at 10:00 a.m.

3. Respondent represents that it has withdrawn the Subpoena.

4. Accordingly, the parties request that the Court vacate the briefing schedule and hearing. The parties will meet and confer regarding next steps and will submit a further stipulation or status report by December 9, 2025.

IT IS SO STIPULATED.

DATED: December 2, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Pamela T. Johann\**
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Respondent

STIPULATION RE MOTIONS TO QUASH
Nos. 25-mc-80284-JD; 25-mc-80286-JD; 25-mc-80288-JD

2

DATED: December 2, 2025

CIVIL LIBERTIES DEFENSE CENTER

*/s/ Lauren Regan*
LAUREN REGAN

Attorneys for Movant *Doe 1*

DATED: December 2, 2025

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.

*/s/ Jacob Snow*
JACOB SNOW

Attorneys for Movant *Doe 2*

DATED: December 2, 2025

JOSHUA KOLTUN, ATTORNEY

*/s/ Joshua Koltun*
JOSHUA KOLTUN

Attorneys for Movant *Doe 3*

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

### **[PROPOSED]** ORDER

Pursuant to stipulation, IT IS SO ORDERED. The briefing schedule for the motions to quash and the hearing set for January 8, 2026, are vacated. A further stipulation or status report shall be filed by December 9, 2025.

IT IS SO ORDERED.

Date: December 2, 2025

_____
JAMES DONATO
United States District Judge